IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BILLY RAY MCCULLOUGH

    Petitioner,

v.                                    CASE NO. 1:11-cv-237-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

This matter is before the Court on Doc. 7, Respondent's motion for an extension of time to respond to the petition.  Upon due consideration, it is **ORDERED:**

1. The motion, Doc. 7, is **GRANTED.**  Respondent shall file the response **on or before April 27, 2012.**

2. Petitioner shall file his reply, if any, **on or before May 29, 2012.**

**DONE AND ORDERED** this 28th day of February 2012.

                                              *s/ Gary R. Jones*
                                              GARY R. JONES
                                              United States Magistrate Judge