IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BILLY RAY MCCULLOUGH

    Petitioner,

v.                                                                   CASE NO. 1:11-cv-237-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

This matter is before the Court on Doc. 11, Respondent's third motion for an extension of time to respond to the petition. Upon due consideration, it is **ORDERED:**

1. The motion, Doc. 11, is **GRANTED.** Respondent shall file the response **on or before June 29, 2012.**

2. Petitioner shall file his reply, if any, **on or before July 30, 2012.**

**DONE AND ORDERED** this 31st day of May 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge