IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BILLY RAY MCCULLOUGH,

      Petitioner,

v.                                            CASE NO. 1:11-cv-237-MP -GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc. 15, Petitioner's motion to supplement his habeas corpus petition with a two-page memorandum of case law that cites the standard in *Strickland v. Washington*, 466 U.S. 688 (1984) and provides state court cases on cumulative error.  No response has been filed, and the deadline is currently June 29, 2012.  Upon due consideration, the motion to supplement is **GRANTED.**

      **DONE AND ORDERED** this 15th day of June 2012.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge