### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

BILLY RAY MCCULLOUGH,

      Petitioner,

v.                                                                    CASE NO. 1:11-cv-00237-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.

_____/

### **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated August 5, 2014. (Doc. 30).  The parties have been furnished a copy of

the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has

passed, and none have been filed.  Having considered the Report and Recommendation, I have

determined that the Report and Recommendation should be adopted.

Additionally, Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District

Courts provides that "[t]he district court must issue or deny a certificate of appealability when it

enters a final order adverse to the applicant," and if a certificate is issued, "the court must state

the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2)."  Rule

11(b) provides that a timely notice of appeal must still be filed, even if the court issues a

certificate of appealability.

The Court finds that Petitioner cannot make a substantial showing of the denial of a

constitutional right.  28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000)

(explaining how to satisfy this showing).  Therefore, the Court denies Petitioner a certificate of

appealability.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation (doc. 30) is adopted and incorporated by reference in this order.

2.      The petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, (doc. 1), is DENIED.

3.      A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this   *23rd* day of October, 2014

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge